# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 278

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) METROMONT CORPORATION, ) ) Defendant. ) | ORDER |

Pending before the Court are the motions for *pro hac vice* admission [# 14, # 15] filed by Christopher B. Major, counsel for Defendant Metromont Corporation.

Upon review of the motions, it appears that Thomas H. Coker Jr. and Andrew Marshall Rawl are both members in good standing with the South Carolina Bar and will be appearing with Christopher B. Major, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 14, # 15]. The Court **ADMITS** Thomas H. Coker Jr. and Andrew Marshall Rawl to practice *pro hac vice* before the Court while associated with local counsel.

Signed: February 22, 2018

Dennis L. Howell
United States Magistrate Judge