# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 278

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROMONT CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Stay the Initial Attorney's Conference [# 13] filed by Defendant. The Initial Attorney's Conference (IAC) was required to be held on or before February 22, 2018. Due to circumstances outside of its control, Defendant asks the Court for a thirty (30) day extension to hold the IAC with the Certificate of Initial Attorney's Conference due a week later. Plaintiff has consented to the extension.

For good cause shown, the Court **GRANTS** the motion [# 13]. The Initial Attorney's Conference shall be **STAYED** for thirty (30) days to **March 26, 2018**. The Certificate of Initial Attorney's Conference is due **April 2, 2018**.

Signed: February 26, 2018

Dennis L. Howell
United States Magistrate Judge